MICHAEL BUNDRA
TDCJ-CID # 1721965
MICHAEL UNIT HOSPICE #13
2664 FM 2054
TENNESSEE COLONY, TX ~~78~~ 75886

81,109-01

CLERK: ABEL ACOSTA
COURT OF CRIMINAL APPEALS
        OF TEXAS
P.O. BOX 12308 CAPITAL STATION
AUSTIN TX 78711

RE: ENCLOSURE

DEAR CLERK:

PLEASE FIND ORGINAL COPY FOR 2ND MOTION FOR
RECONSIDERRATION OF MANDAMUS ON WR-81,109-01
APPLICATION FOR WRIT OF HABEAS CORPUS TR.CT.
NO. 10-CR-3338-D IN THE 105TH DISTRICT COURT
FROM NUECES COUNTY. THANK YOU FOR YOUR TIME.

CORDIALLY,

MICHAEL BUNDRA

DATE 2/16/15

**RECEIVED IN
COURT OF CRIMINAL APPEALS**

FEB 23 2015

Abel Acosta, Clerk

# COURT OF CRIMINAL APPEALS
# AUSTIN TEXAS

IN RE:

MICHAEL BUNORA
    RELATOR

VS.

HONARABLE ANGELICA HERNANDEZ
OR CURRENT HONARABLE JUDGE
       OR
105th JUDICIAL DISTRICT
NUECES COUNTY TEXAS

COURT OF CRIMINAL APPEALS-WR-81,109-01

TR CT NO: 10-CR-3338-D

**MOTION DENIED**
DATE: 2-27-15
BY: PC

## RELATORS 2ND MOTION FOR RECONSIDERATION OF MANDAMUS

COMES NOW MICHAEL BUNORA RESPECTFULLY SUBMITS HIS MOTION FOR THIS COURTS 2ND RECONSIDERATION. ON 8/19/14 AN ORIGINAL MOTION FOR MANDAMUS REVIEW WAS DENIED BY THIS COURT, AND THEN AGAIN 1ST MOTION FOR RECONSIDERATION ON 10/20/14 IN THIS COURT ALSO DENIED.

## JURISDICTIONAL STATEMENT

THIS COURT HAS JURISDICTION UNDER ARTICLE V SEC 5 OF THE TEXAS CONSTITUTION TO ISSUE WRITS OF MANDAMUS IN ALL CRIMINAL LAW MATTERS. SEE LANDFORD V 14th COURT OF APPEALS 847 S.2d 581 (CR.APP.1953)

## CASE SUMMARY TO COMPEL

RELATOR ARGUES THAT STATE ATTOUNEY FOR THE 105th JUDICIAL DISTRICT OF TEXAS IS PUPOSEFULLY DEFING COURT OF CRIMINAL APPEALS ORDERS DATED APRIL 16, 2014 BASED SOLELY ON RELATOR MEDICAL CONDITION AND PLACEMENT IN TDCJ HOSPICE CARE, MICHAEL UNIT. AND AS PRESCRIBED BY LAW "IF A TRIAL COURT FAILS TO RESPOND, APPLICATION IS FIRST REQUIRED TO SEEK RELIEF IN COURT OF CRIMINAL APPEALS, BY WAY OF PETITION FOR WRIT OF MANDAMUS, YBARRA, 149 SW. 3d AT 148

AND THE STATE HAS A CONTINUING DUTY TO DISCLOSE FAVORABLE EVIDENCE." AT TRIAL THIS DUTY IS ENFORCED BY REQUIRMENTS OF DUE PROCESS, BUT AFTER CONVICTION THE PROSECUTOR ALSO IS BOUND BY THE ETHICS OF HIS OFFICE TO INFORM THE APPROPRIATE AUTHORITY IF AFTER AQUIRED OR OTHER INFORMATION THAT CAST DOUBT UPON THE CORRECTNESS OF THE CONVICTION / IMBLER V PACHTMAN, 424 US. 409, 427 (1976) (FN 25).

## OVERVIEW

RELATOR ARGUES THAT ONCE THE COURT OF CRIMINAL APPEALS ISSUES AN ORDER ALL PARTIES MUST COMPLY. AMERICAN V ALLIED 968 F2d 523-(5-1992) NO COMPLIANCE HAS BEEN ATTEMPTED BY THE 105th JUDICIAL DISTRICT COURT. DENYING RELATOR ALL FORMS OF RELIEF UP TO AND INCLUDING TO BE REPRESENTED BY COUNSEL AND EVIEDENTIARY HEARING AS PRESCRIBED BY LAW.

## PRAYER

RELATOR PRAYS FOR EQUAL JUSTICE. THIS HONARABLE COURT TO COMPEL BASED ON RELATORS CURRENT MEDICAL CONDITION AND PLACEMENT IN HOSPICE CARE THE 105th DISTRICT COURT NUECES COUNTY TEXAS TO COMPLY WITH THIS COURTS 4/16/14 ORDER, IN GRANTING EQUITABLE RELIEF THAT IS FAIR FOR ALL CONCERNED.

## CERTIFICATE OF SERVICE

ON THIS 2/16/15 A COPY OF THIS 2ND MOTION FOR RECONSIDERATION OF MANDAMUS WAS PLACED IN U.S. POSTAL SERVICES NUECES COURTHOUSE 901 LEOPARD ST RM #206 CORPUS CHRISTI TEXAS DISTRICT ATTORNEY OFFICE.

MICHAEL BUNDRA 172565
MICHAEL UNIT HOSPICE #13
2664 FM 2054
TENNESSER COLONY, TX
75886
EXECUTED THIS 2/16/15